MICHAEL B. LOVE, WSBA No. 20529
Paine Hamblen, Coffin, Brooke & Miller LLP    The Honorable Fred Van Sickle
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
(509) 838-0007 (Fax)

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRY NEALEY, as the Trustee of the Bankruptcy Estate of Larry Shuckhart, <br><br>            Plaintiff, <br>vs. <br><br>BNSF RAILWAY COMPANY, <br><br>            Defendant. | No. CV 06-5057-FVS <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL OF DEFENDANT |

# ORDER

THIS MATTER, having come before the Court upon stipulation of the parties, through their respective counsel, and the Court being advised the above-captioned matter has been fully compromised and settled, the parties request the matter be dismissed, with prejudice and without costs to either party, and the Court having reviewed the pleadings on file Orders as follows:

ORDER OF DISMISSAL - 1                              *PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
                                                     717 WEST SPRAGUE AVENUE, SUITE 1200
                                                     SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

1  IT IS HEREBY, ADJUDGED, ORDERED AND DECREED, the above-captioned matter, and all causes of action related thereto, are DISMISSED with prejudice and without costs to either party.

DATED this the 4th day of ~~January~~ February, 2008.

s/ Fred Van Sickle
THE HONORABLE FRED VAN SICKLE

Presented by:

PAINE HAMBLEN LLP

By: *[signature]*
MICHAEL B. LOVE
WSBA #20529
Attorneys for Defendant

LACY KANE PS

By: *[signature]* #22746
Steven C. Lacy
WSBA # 10814
Attorneys for Plaintiff

ORDER OF DISMISSAL - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000